**520**

Robert Lee STOKES, Appellant,

v.

James F. HOWARD, Supt., Kentucky State Reformatory, La Grange, Kentucky, Appellee.

Court of Appeals of Kentucky.

Jan. 30, 1970.

Robert Lee Stokes, pro se.

John B. Breckinridge, Atty. Gen., Frankfort, for appellee.

MILLIKEN, Judge.

The sole question on this appeal being whether a parole violator, who subsequently committed and was convicted of other felonies, is entitled to credit for time spent out on parole toward the completion of his sentences, the answer is that he is not. KRS 439.344 and KRS 439.354; Eldridge v. Howard, Ky., 427 S.W.2d 579 (1968).

The judgment denying habeas corpus is affirmed.

All concur.